IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINSOME P. PARRIS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-3226 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of September, 2011, after careful review and independent consideration of the administrative record, Plaintiff's "Brief and Statement of Issues in Support of Request for Review" (Doc. No. 12), the response of the Commissioner of the Social Security Administration ("Commissioner"), Plaintiff's reply, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and Plaintiff's objections thereto, it is hereby **ORDERED** that:

1. Plaintiff's objections (Doc. No. 22) are **OVERRULED**;

2. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 21) is **APPROVED** and **ADOPTED**;

3. Judgment is entered affirming the decision of the Commissioner;

4. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**